UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CARL HUNTER #229916,

        Plaintiff,                        Case No. 1:13-cv-88

v.

                                       Honorable Paul L. Maloney

MICHIGAN REFORMATORY et al.,

        Defendants.

_____/

## **ORDER**

      This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. On February 5, 2013, the Court entered an order of deficiency (docket #2) because Plaintiff had failed to pay the $350.00 civil action filing fee or to file the documents as required by 28 U.S.C. § 1915(a)(2) to apply to proceed *in forma pauperis*. The Court allowed 28 days for Plaintiff to comply. Plaintiff was warned that if he failed to comply, the Court would presume that he was not proceeding *in forma pauperis*, assess the entire filing fee, and dismiss his case for want of prosecution.

      More than 28 days have elapsed. Plaintiff failed to pay the $350.00 civil action filing fee or to submit the requisite documents to apply to proceed *in forma pauperis*. Because Plaintiff has wholly failed to comply with the Court's order, the Court will issue a judgment dismissing the case without prejudice for lack of prosecution. *See In re Alea*, 286 F.3d 378, 380-81 (6th Cir. 2002); *McGore v. Wrigglesworth*, 114 F.3d 601, 604 (6th Cir. 1997).

      IT IS SO ORDERED.

Dated:  April 8, 2013                               /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        Chief United States District Judge