UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL HUNTER #229916,

        Plaintiff,        Case No. 1:13-cv-88

v.

                      Honorable Paul L. Maloney

MICHIGAN REFORMATORY et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice. Plaintiff shall remain liable for payment of the $350.00 civil action filing fee.


Dated:   April 8, 2013                          /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                       Chief United States District Judge